Mark W. Peck (State Bar No. 172190)
WILSON & McQUEENY
500 North Brand Boulevard, Suite 900
Glendale, California 91203
Telephone: (818) 547-6541
Fax: (818) 547-6582
mark.peck@ffic.com

Attorneys for Defendant
FIREMAN'S FUND INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, A Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY and DOES 1 - 10,<br><br>    Defendants. | CASE NO: CV-02881-JCS<br><br>*[Assigned for All Purposes to Magistrate Judge Joseph C. Spero]*<br><br>**STIPULATION TO EXTEND DATE FOR RESPONSIVE PLEADING TO COMPLAINT** |

Plaintiff Valley Forge Insurance Company and Defendant Fireman's Fund Insurance Company stipulate as follows:

Plaintiff Valley Forge Insurance Company has agreed that Defendant Fireman's Fund Insurance Company may have an extension of time within which to file a responsive pleading to Plaintiff Valley Forge Insurance Company's Complaint for Subrogation, Equitable Indemnity, and Equitable Contribution. The parties stipulate that Fireman's Fund Insurance Company's responsive pleading shall be filed on or before August 20, 2010.

///

///

///

DATED: July 19, 2010

WILSON & McQUEENY

By: _____
Mark W. Peck
Attorneys for Defendant
FIREMAN'S FUND INSURANCE COMPANY

DATED: July 19, 2010

COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW

By: _____
William D. Paoli
Attorneys for Plaintiff
VALLEY FORGE INSURANCE COMPANY

Dated: July 20, 2010

**IT IS SO ORDERED**
Judge Joseph C. Spero
United States District Court
Northern District of California

WILSON & McQUEENY
500 North Brand Boulevard
Suite 900
Glendale, California 91203
Telephone: (818) 547-6503

STIPULATION TO EXTEND DATE FOR RESPONSIVE PLEADING TO COMPLAINT