1 | Mark W. Peck (State Bar No. 172190)
WILSON & McQUEENY
2 | 500 North Brand Boulevard, Suite 900
Glendale, California 91203
3 | Telephone: (818) 547-6541
Fax: (818) 547-6582
4 | mark.peck@ffic.com

5

6 | Attorneys for Defendant
FIREMAN'S FUND INSURANCE COMPANY

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | VALLEY FORGE INSURANCE
COMPANY, A Corporation,

CASE NO: CV-02881-JCS

12 | Plaintiff,

*[Assigned for All Purposes to Magistrate Judge Joseph C. Spero]*

13 | vs.

**FURTHER STIPULATION TO EXTEND DATE FOR RESPONSIVE PLEADING TO COMPLAINT**

14 | FIREMAN'S FUND INSURANCE
COMPANY and DOES 1 - 10,

15

16 | Defendants.

17

18 | Plaintiff Valley Forge Insurance Company and Defendant Fireman's Fund Insurance

19 | Company stipulate as follows:

20 | Plaintiff Valley Forge Insurance Company agrees that an order granting a further

21 | extension of time for Defendant Fireman's Fund Insurance Company to file a responsive

22 | pleading to Plaintiff Valley Forge Insurance Company's Complaint for Subrogation, Equitable

23 | Indemnity, and Equitable Contribution is appropriate and in the interest of the parties and the

24 | court.

25 | The parties require the extension in time for the following reasons: (1) to determine if the

26 | parties are amenable to entering into a binding ADR option; (2) to discuss settlement of the

27 | matter; and (3) to discuss the possible removal of this lawsuit to state court, which would avoid

28 | – 1 –

*sidebar:* WILSON & McQUEENY
500 North Brand Boulevard
Suite 900
Glendale, California 91203
Telephone: (818) 547-6503

1   the unnecessary filing of a Rule 12 motion to dismiss.

2       Pursuant to the parties' agreement, the parties request an order that the responsive

3   pleading is now due on or before September 24, 2010.

4   DATED: August 17, 2010

5                               WILSON & McQUEENY

6

7               By: _____

                    Mark W. Peck

8                       Attorneys for Defendant
                    FIREMAN'S FUND INSURANCE COMPANY

9   DATED: August 18, 2010

10

11                              COLLIAU ELENIUS MURPHY CARLUCCIO KEENER
                            & MORROW

12

13              By: _____

                    William D. Paoli

14                      Attorneys for Plaintiff
                    VALLEY FORGE INSURANCE COMPANY

15

16                              IT IS SO ORDERED

17  DATED: August 24, 2010

18

19              _____

20              Magistrate
            United St
            Northern

                Judge Joseph C. Spero

21

22

23

24

25

26

27

28

                                    — 2 —

**FURTHER STIPULATION TO EXTEND DATE
FOR RESPONSIVE PLEADING TO COMPLAINT**

<div style="writing-mode: vertical">WILSON & McQUEENY
500 North Brand Boulevard
Suite 900
Glendale, California 91203
Telephone: (818) 547-6503</div>

## PROOF OF SERVICE

I am employed in the City of Glendale, County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is 500 North Brand Boulevard, Suite 900, Glendale, California 91203.

On August 19, 2010, I served, via CM/ECF the foregoing document described as:

**FURTHER STIPULATION TO EXTEND DATE FOR RESPONSIVE PLEADING TO**

**COMPLAINT** on the counsel for the interested party(ies) in said action addressed as follows:

> William D. Paoli, Esq.
> Colliau Elenius Murphy Carluccio Keener & Morrow
> 555 Mission Street, Suite 330
> San Francisco, CA 94105
> Tel: (415) 932-7000
> Fax: (415) 932-7001
> E-Mail: william.paoli@cna.com

__X__ **By CM/ECF Transmission.** Based on a court order to accept service by electronic transmission, I caused the document to be sent to the person listed above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

DATED: August 19, 2010, at Glendale, California.

_____/S/_____
Vickie C. Heredia

WILSON & McQUEENY
500 North Brand Boulevard
Suite 900
Glendale, California 91203
Telephone: (818) 547-6503